Joel W. Russell, Plaintiff, v. Alfred Lyth, Defendant.— Plaintiff's exceptions overruled, motion for a new trial denied, with costs, and judgment ordered for the

defendant on the nonsuit, with costs. All concurred, except Williams, J., who dissented.